ACCEPTED
01-14-00536-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/6/2015 3:51:44 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00536-CR

| | |
|---|---|
| **DENNIS ROY REDDING,** **APPELLANT** | **IN THE COURT OF APPEALS** |
| **V.** | **FIRST     SUPREME     JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS,** **APPELLEE** | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/6/2015 3:51:44 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION FOR EXTENSION OF TIME TO
### FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of manslaughter and sentenced 5/15/2014 to 7 years TDC. The case was styled as *State of Texas v. Dennis Roy Redding*, in the 212TH Judicial District Court of Galveston County, Texas, Cause No. 12-CR-2363. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on January 9, 2015.

2. The present due date for filing the State's brief is April 9, 2015.

3. This is the State's second motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before May 9, 2015.

5. The State requests this extension not for delay but because during the last seventy-five days, the undersigned attorney for the State:

1

- Has been working on a trial State v. Kevin Mack in 14-CR-0984. The case subsequently pled guilty.

- Has been working on an upcoming trial State v. John Follis in 14-CR-1813.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until May 9, 2015.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS


___/s/ Tiffany Alfred_____
TIFFANY ALFRED
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24068895
tiffany.alfred@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 224 words.

/s/ Tiffany Alfred
TIFFANY ALFRED
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to Stanley Schneider, Attorney for Appellant, at stans3112@aol.com or 440 Louisiana, Suite 800, Houston, TX 77002, on April 6, 2015.

/s/ Tiffany Alfred
TIFFANY ALFRED
Assistant Criminal District Attorney
Galveston County, Texas

3

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on April 6, 2015, appeared Tiffany Alfred, who by me duly sworn did depose and state on oath the following:

"I, Tiffany Alfred, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."



TIFFANY ALFRED
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on April 6, 2015.

DANIELLE DOHERTY
MY COMMISSION EXPIRES
July 13, 2017

NOTARY PUBLIC in and for
the State of Texas

4